*and Parole*, 159 A.3d 466, 2017 WL 1489047 (Pa. filed April 26, 2017).

Amin SHARPE, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent

No. 826 MAL 2016

Supreme Court of Pennsylvania.

DECIDED: June 21, 2017

#### ORDER

PER CURIAM

AND NOW, this 21st day of June, 2017, the Petition for Allowance of Appeal is **GRANTED**, the Order of the Commonwealth Court is **VACATED**, and this matter is **REMANDED** to the Commonwealth Court for reconsideration in light of *Pittman v. Pennsylvania Board of Probation and Parole*, 159 A.3d 466, 2017 WL 1489047 (Pa. filed April 26, 2017).

Darlene NELSON, Executrix of the Estate of James Nelson, Petitioner

v.

AIRCO WELDERS SUPPLY, Allied Signal (a/k/a Allied Corp.), American Standard, A.W. Chesterton, Inc., Basic, Inc., Bayer Cropscience, Inc., (f/k/a Aventis Cropscience, USA, Inc.) Achem Products, Inc., Rhone Poulenc, AG Co. and Benjamin Foster Company, Beazer East (a/k/a Koopers Co., Inc. and Kooper), Bird Inc., BOC Group, Borg–Warner Corp., Brand Insulations, Inc., CBS Corporation (f/k/a Viacom, Inc. and Westinghouse Electric Corporation), Certainteed Corporation, Chrylser Corp. (a/k/a AMC, Northwest Auto Rental Co. and Chrysler Service Contract Co.) Crane Co., Demming Division, Crane Packing, ESAB Welding and Cutting Equipment, EJ Lavino & Co., Eutectic Corp., Ferro Engineering, Ford Motor Co., Foseco, Inc., Foster Wheeler Corporation, Garlock, Inc., General Electric Company, General Motors Corp., George V. Hamilton, Inc., Georgia–Pacific Corporation, Gould Pumps, Inc., Green, Tweed & Company, Inc., Hajoca Plumbing Supply Company, Harnischfeger Corp., Hedman Resources Limited (f/k/a Hedman Mines Ltd.), Hobart Brothers Co., Honeywell International, Inc., Ingersoll Rand Co., Joy Global, Inc., Lincoln Electric Co., Lukens Steel Co., Mallinckrodt Group, Inc. (f/k/a International Minerals & Chemicals Corp.), Melrath Gasket, Inc., Mine Safety Appliance (MSA), Metropolitan Life Insurance Company, Nosrock Corporation, Owens–Illinois, Inc., Pep Boys (a/k/a Manny, Moe and Jack), Union Carbide Corp., Universal Refractories Division of Thiem Corporation, Respondents

Darlene Nelson, Executrix of the Estate of James Nelson, Petitioner

v.

Airco Welders Supply, Allied Signal (a/k/a Allied Corp.), American Standard, A.W. Chesterton, Inc., Basic, Inc., Bayer Cropscience, Inc., (f/k/a Aventis Cropscience, USA, Inc.) Achem Products, Inc., Rhone Poulenc, AG Co. and Benjamin Foster Company, Beazer East (a/k/a Koopers Co., Inc. and Kooper), Bird Inc., BOC Group, Borg–Warner Corp., Brand Insulations, Inc., CBS Corporation (f/k/a Viacom, Inc. and Westinghouse Electric Corporation), Certainteed Corporation, Chrylser Corp. (a/k/a AMC, Northwest Auto Rental Co. and Chrysler Service Contract Co.) Crane Co., Demming Division, Crane Packing, ESAB Welding and Cutting Equipment, EJ Lavino & Co., Eutectic Corp., Ferro Engineering, Ford Motor Co., Foseco, Inc., Foster Wheeler Corporation, Garlock, Inc., General Electric Company, General Motors Corp., George V. Hamilton, Inc., Georgia–Pacific Corporation, Gould Pumps, Inc., Green, Tweed & Company, Inc., Hajoca Plumbing Supply Company, Harnischfeger Corp., Hedman Resources Limited (f/k/a Hedman Mines Ltd.), Hobart Brothers Co., Honeywell International, Inc., Ingersoll Rand Co., Joy Global, Inc., Lincoln Electric Co., Lukens Steel Co., Mallinckrodt Group, Inc. (f/k/a International Minerals & Chemicals Corp.), Melrath Gasket, Inc., Mine Safety Appliance (MSA), Metropolitan Life Insurance Company, Nosrock Corporation, Owens–Illinois, Inc., Pep Boys (a/k/a Manny, Moe and Jack), Union Carbide Corp., Universal Refractories Division of Thiem Corporation, Respondents

Darlene Nelson, Executrix of the

Estate of James Nelson, Petitioner

v.

Airco Welders Supply, Allied Signal (a/k/a Allied Corp.), American Standard, A.W. Chesterton, Inc., Basic, Inc., Bayer Cropscience, Inc., (f/k/a Aventis Cropscience, USA, Inc.) Achem Products, Inc., Rhone Poulenc, AG Co. and Benjamin Foster Company, Beazer East (a/k/a Koopers Co., Inc. and Kooper), Bird Inc., BOC Group, Borg–Warner Corp., Brand Insulations, Inc., CBS Corporation (f/k/a Viacom, Inc. and Westinghouse Electric Corporation), Certainteed Corporation, Chrylser Corp. (a/k/a AMC, Northwest Auto Rental Co. and Chrysler Service Contract Co.) Crane Co., Demming Division, Crane Packing, ESAB Welding and Cutting Equipment, EJ Lavino & Co., Eutectic Corp., Ferro Engineering, Ford Motor Co., Foseco, Inc., Foster Wheeler Corporation, Garlock, Inc., General Electric Company, General Motors Corp., George V. Hamilton, Inc., Georgia–Pacific Corporation, Gould Pumps, Inc., Green, Tweed & Company, Inc., Hajoca Plumbing Supply Company, Harnischfeger Corp., Hedman Resources Limited (f/k/a Hedman Mines Ltd.), Hobart Brothers Co., Honeywell International, Inc., Ingersoll Rand Co., Joy Global, Inc., Lincoln Electric Co., Lukens Steel Co., Mallinckrodt Group, Inc. (f/k/a International Minerals & Chemicals Corp.), Melrath Gasket, Inc., Mine Safety Appliance (MSA), Metropolitan Life Insurance Company, Nosrock Corporation, Owens–Illinois, Inc., Pep Boys (a/k/a Manny, Moe and Jack), Union Carbide Corp., Universal Refractories Division of Thiem Corporation, Respondents

No. 52 EAL 2015
No. 53 EAL 2015

No. 54. EAL 2015

Supreme Court of Pennsylvania.

June 21, 2017

### ORDER

PER CURIAM

AND NOW, this 21st day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Wecht did not participate in the consideration or decision of this matter.

**Bryan Sean GALVIN, Petitioner**

v.

**COURT OF COMMON PLEAS BERKS COUNTY, Respondent**

No. 59 EM 2017

Supreme Court of Pennsylvania.

June 22, 2017

### ORDER

PER CURIAM

AND NOW, this 22nd day of June, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Reid,* 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is not permitted).

The Prothonotary is **DIRECTED** to forward the filings to counsel of record.

**Norman HARVEY, Petitioner**

v.

**Philadelphia Common Pleas Judge Charles J. CUNNINGHAM III, Respondent**

No. 61 EM 2017

Supreme Court of Pennsylvania.

June 22, 2017

### ORDER

PER CURIAM

AND NOW, this 22nd day of June, 2017, the Petition for Writ of Mandamus is **DISMISSED.** *See Commonwealth v. Ali,* 10 A.3d 282 (Pa. 2010) (observing that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward this filing to counsel of record and to strike the name of the jurist from the caption.

**IN the INTEREST OF: J.H.R., a Minor**

**Petition of: B.R., Mother**

**In the Interest of: T.I., III, a Minor**

**Petition of: B.R., Mother**

No. 231 EAL 2017
No. 232 EAL 2017

Supreme Court of Pennsylvania.

June 23, 2017